# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TRINA ELSON-WEST,**
Appellant,

v.

**STATE FARM MUTUAL INSURANCE COMPANY** and
**NORMAN FREDERICK HICKMORE,**
Appellees.

No. 4D2023-1472

[August 1, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 432021CA000766.

Patrick J. Tighe of X1 Law PA, North Palm Beach, for appellant.

Mihaela Cabulea, David Krouk, and N. Giovanni Bush of Butler Weihmuller Katz Craig, LLP, Tampa, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***